UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIE PRICE JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1465** |
| **CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS** | **SECTION "B"(2)** |

## ORDER AND REASONS

Plaintiff, Willie Price Jr., an inmate currently incarcerated in the Louisiana State Penitentiary, has submitted an application to proceed in forma pauperis in connection with the above-captioned 42 U.S.C. § 1983 complaint. Plaintiff seeks monetary and injunctive relief against the defendants for failure to provide him with copies of documents related to his state criminal proceedings. Rec. Doc. No. 1, Complaint. His pauper application is a non-dispositive pretrial matter which was referred to a United States Magistrate Judge pursuant to Local Rule 72.1(B)(1) and 28 U.S.C. § 636(b).

The Prison Litigation Reform Act ("PLRA"), Pub. L. No. 104-134, 110 Stat. 1321, signed into law on April 26, 1996, now codified at 28 U.S.C. § 1915(g), provides that a prisoner shall not be allowed to bring a civil action pursuant to 28 U.S.C. § 1915 if he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on grounds that it was frivolous, malicious, or failed to state a claim for which relief can be granted, unless the prisoner is under imminent danger of serious physical injury.

Price has been a frequent filer of civil actions while incarcerated and four of his prior civil actions in this court have been dismissed as frivolous, malicious and/or for failure to state a claim: <u>Price v. New Orleans Pol. Dep't</u>, C.A. No. 09-2868"N"(4) (frivolous); <u>Price v. New Orleans Pol. Dep't</u>, C.A. No. 09-3241"N"(4) (malicious); <u>Price v. New Orleans Parish Crim. Sheriff</u>, C.A. No. 09-3241"N"(4) (frivolous and/or failure to state a claim); <u>Price v. New Orleans Parish Crim. Sheriff</u>, C.A. No. 09-5838"N"(1) (malicious and frivolous). Price has therefore accumulated more than three "strikes" under the PLRA.

Under these circumstances, Price may <u>not</u> proceed as a pauper in this action unless he fits within the "imminent danger" exception of Section 1915(g). His complaint involves a dispute over production of documents and does not allege, nor does it demonstrate, anything establishing that he is in imminent danger of serious physical injury. Consequently, he is <u>not</u> entitled to proceed in forma pauperis pursuant to the provisions of the PLRA. For the foregoing reasons,

**IT IS ORDERED** that the Clerk of Court terminate the complaint deficiency (Record Doc. No. 1).

**IT IS FURTHER ORDERED** that plaintiff's motion to proceed in forma pauperis (Record Doc. No. 2) is **DENIED** pursuant to 28 U.S.C. § 1915(g).

New Orleans, Louisiana, this ____18th____ day of June, 2015.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE